B 3A (Official Form 3A) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT

In re   Nona Arnold                    ,          Case No. _13-41750_

_____
        Debtor

                                                  Chapter _13_

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐       IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☑       IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____181_____      Check one ☐  With the filing of the petition, or
                               ☑  On or before _12-2-13_

$ _____100_____   on or before _____12-23-13_____

$ _____   on or before _____

$ _____   on or before _____

☐       IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

Date: __NOV 21 2013__

BY THE COURT

_Jacqueline P. Cox_
J. Cox
_____
United States Bankruptcy Judge

Reset        Save As...        Print